UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

                     Plaintiff,

    v.

SMITH & VINE, LLC, and
FOURTH ON THE SMITH LLC,

                     Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Civil Case No.: 1:24-cv-4224 [MKB][VMS]

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jocelyn Pierre and Defendants Smith & Vine, LLC, and Fourth on the Smith LLC by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action, and any and all claims, cross-claims, and counterclaims by and between or amongst the parties, be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees to any party, except as otherwise privately agreed between the parties.

Dated: New York, New York
         October 31, 2024

| **THE MARKS LAW FIRM, P.C.** | **RUBIN PATERNITI GONZALEZ RIZZO KAUFMAN LLP** |
|---|---|
| By: _/s/ Darren Marks_____<br>Darren R. Marks, Esq.<br>155 East 55th Street, Suite 4H<br>New York, NY 10022<br>Telephone: (646) 960-7820<br>Email: darren@markslawpc.com<br><br>*Attorneys for Plaintiff Jocelyn Pierre* | By: _/S/ Juan Gonzalez_____<br>Juan C. Gonzalez, Esq.<br>800 Third Avenue, 9th Floor<br>New York, New York 10022<br>Tel: (646) 809-3370<br>Email: gonzalez@rpgklaw.com<br><br>*Attorneys for Fourth on the Smith LLC* |

**LEVY KONIGSBERG, LLP**

By: _/S/ Corey Stern_____
Corey M. Stern, Esq.
605 Third Ave., 33rd Floor
New York, New York 10158
Tel: (212) 605-6200
Email: cstern@levylaw.com

*Attorneys for Smith & Vine LLC*